**Order entered October 25, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01131-CR

### CALVIN JOSEPH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-82925-2015

## ORDER

On August 30, 2017, appellant's notice of appeal was filed in the trial court. When the notice was filed with this Court, we sent the parties a letter questioning our jurisdiction. Specifically, we noted that the trial court's judgment was dated October 7, 2016, and appellant's notice of appeal was filed over ten months later. We directed appellant to file a letter brief, informing the Court how we had jurisdiction. On October 24, 2017, appellate counsel filed a motion asking for an extension of time in which to file the jurisdictional brief. In the motion, counsel states she needs the reporter's record from the July 2016 plea hearing and the October 2016 sentencing; she does not, however, explain how the reporter's record from either will render appellant's notice timely. *See* TEX. R. APP. P. 26.2(a). We **DENY** appellant's request.

/s/    ADA BROWN
         JUSTICE